## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————————

AMERICAN OVERSIGHT, )
)
)
Plaintiff, )   **Civil Action No. 17-1247 (TSC)**
)
U.S. DEPARTMENT OF EDUCATION, )
)
Defendant. )
———————————————————————)

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

The United States Department of Education (Defendant or Department), by and through

its undersigned attorneys, hereby answers the Complaint of American Oversight (Plaintiff).

## FIRST DEFENSE

The Court lacks subject matter over Plaintiff's requests for relief that exceeds the relief

authorized by statute under 5 U.S.C. §552.

## SECOND DEFENSE

The Department cannot be required to produce records that are exempt from disclosure

pursuant to the Freedom of Information Act (FOIA).  *See,* 5 U.S.C. §552(b).

## THIRD DEFENSE

The Defendant responds to the Plaintiff's allegations as follows:

## JURISDICTION AND VENUE[1]

2. This paragraph contains a legal conclusion to which no response is required.

3. This paragraph contains a legal conclusion to which no response is required.

---

[1] For the ease of reference, the Department refers to the Plaintiff's headings and titles.  To the extent those headings or titles could be construed to contain factual allegations, these allegations are denied.

4.  Admit that the Defendant failed to comply with the applicable time-limit provisions of the FOIA.  The remainder of the sentence contains a legal conclusion to which no response is required.  However, the Department has now complied with the requirements of 5 U.S.C. §552(b) and provided all the responsive documents in its possession.

## PARTIES

5.  The Department lacks knowledge and information sufficient to for a belief as to the truth of the allegations contained in this paragraph.

6.  Admit the Defendant is a department of the executive branch and an agency of the Federal government but denies Education or Department has possession, custody, and control of all the records that the Plaintiff seeks.

## STATEMENT OF FACTS

7.  Admit the Plaintiff has filed two (2) FOIA requests.  The Defendant denies the remainder of the sentence.

8.  Admit.

9.  Admit the Department has made policy decisions affecting higher education.  The Department denies the characterization of the Department's policies in question as major policies.

10.  Admit.

11.  The Department denies that the for-profit educational institutions to which Messrs. Robert Eitel and Taylor Hansen have ties stand to benefit from the policy and regulatory changes the Department has and continues to make under Secretary DeVos.

## DeVos Calendars and Logs FOIA

12. Admit.

13. Admit.

14. Admit that the Defendant sent a letter seeking clarification of FOIA Request No.: 17-01479-F.  Further, the Department admits that the Plaintiff responded to the request for clarification with a response that no further clarification was needed.

15. The Department admits that the Plaintiff did contact its FOIA Service Center on May 1, 2017.  The Department denies that the Plaintiff provided a clarification but simply stated that its request was already clear.

16. The Defendant admits that it sent the Plaintiff an email dated May 12, 2017 indicating that it originally was initiating a search for responsive documents.  However, the Office of the Secretary did not implement a full search of the requested calendars and logs until July 19, 2017 through August 1, 2017.  The following productions were made of 31 calendars:

- Production I – 411 pages on August 22nd

- Production II – 919 pages on September 12th

- Production III – 869 pages on September 18th

- Production IV – 705 pages on September 20th

17. Deny.  The Department made the following productions to American Oversight reflected above in response to paragraph 16.

## Hansen/Eitel FOIA

18. Admit.

19. The Defendant admits except the tracking number is 17-01480-F.

20. Admit.

3

21.   Deny.  The Department made its full production of documents responsive to FOIA

Request No. 17-01480-F on September 12, 2017.

**Exhaustion of Administrative Remedies**

22.   Admit the Defendant has not responded to the Plaintiff with any responsive

documents within the twenty (20) working days of the submission of FOIA Request No.: 17-

01480-F.  However, the Department's Office of the General Counsel initiated its search for

responsive documents on April 13, 2017 and had completed its search by June 9, 2017.  These

five (5) pages of documents were submitted to American Oversight on September 12, 2017.

23.   The allegations in this paragraph state a legal conclusion to which no response is

required.

**COUNT I**

**Violations of FOIA, 5 U.S.C. §552 Failure to Conduct**
**An Adequate Search for Records Responsive to DeVos FOIA**

24.   The Defendant incorporates by reference its responses to all proceeding paragraphs.

25 – 28.   The allegations in these paragraphs state legal conclusions to which no

responses are required.

29.   The Defendant denies that the Plaintiff is entitled to all the relief requested.  The

Department has produced all responsive documents to American Oversight's FOIA Requests

No.: 17-01479-F and 17-01480-F as of September 20, 2017.

The Defendant specifically denies all the allegations of Count I of the Complaint not

specifically admitted herein.

4

## COUNT II

### Violation of FOIA, 5 U.S.C. §552 Wrongful Withholding of
### Non-Exempt Records Responsive to DeVos FOIA

30.  The Defendant incorporates by reference its responses to all proceeding paragraphs.

31.  The allegations in these paragraphs state legal conclusions to which no responses are required.

32 – 34.  The allegations in these paragraphs state legal conclusions to which no responses are required.

35.  The Defendant denies that the Plaintiff is entitled to all the requested relief. The Department has produced all responsive documents to American Oversight's FOIA Requests No.: 17-01479-F and 17-01480-F as of September 20, 2017.

The Defendant specifically denies all the allegations of Count III of the Complaint not specifically admitted herein.

## COUNT III

### Violation of FOIA, 5 U.S.C. §552 Failure to Conduct Adequate
### Search for Records Responsive to Hansen/Eitel FOIA

36.  The Defendant incorporates by reference its responses to all proceeding paragraphs.

37 – 40.  The allegations in these paragraphs state legal conclusions to which no responses are required.  The Department has produced all responsive documents to American Oversight's FOIA Requests No.: 17-01479-F and 17-01480-F as of September 20, 2017.

41.  The Defendant denies that the Plaintiff is entitled to all the requested relief. The Department has produced all responsive documents to American Oversight's FOIA Requests No.: 17-01479-F and 17-01480-F as of September 20, 2017.

The Defendant specifically denies all the allegations of Count III of the Complaint not specifically admitted herein.

## COUNT IV

### Violation of FOIA, 5 U.S.C. §552 Wrongful Withholding of Non-Exempt Records Responsive to Hansen/Eitel FOIA

42.  The Defendant incorporates by reference its responses to all proceeding paragraphs.

43 – 46.  The allegations in these paragraphs state legal conclusions to which no responses are required.  The Department has produced all responsive documents to American Oversight's FOIA Requests No.: 17-01479-F and 17-01480-F as of September 20, 2017.

47.  The Defendant denies that the Plaintiff is entitled to all the requested relief.  The Department has produced all responsive documents to American Oversight's FOIA Requests No.: 17-01479-F and 17-01480-F as of September 20, 2017.

The Defendant specifically denies all the allegations of the Complaint not specifically admitted herein.

## REQUESTED RELIEF

The Defendant denies that the Plaintiff is entitled to all the requested relief.

The Defendant denies all of the allegations of Count IV of the Complaint not specifically admitted herein.

Having fully answered, the Defendant respectfully requests that this action be dismissed with prejudice and that the Defendant be granted its costs and other such relief as this Court deems appropriate.

Respectfully submitted,


JESSIE K. LIU, D.C. Bar #472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: _____/s/_____
WYNEVA JOHNSON, D.C. Bar # 278515
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
Wyneva.johnson@usdoj.gov



Of Counsel:
KAREN L. MAYO-TALL
U.S. Department of Education
Office of the General Counsel