IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) <br> ) <br> ) |
| *Plaintiff*, | ) <br> ) |
| v. | )   Case No. 17-cv-1247 (TSC) <br> ) |
| U.S. DEPARTMENT OF EDUCATION, | ) <br> ) |
| *Defendant*. | ) <br> ) |

## JOINT STATUS REPORT

The parties, by and through undersigned counsel, respectfully submit the following joint status report and proposed schedule pursuant to the schedule included in their Joint Status Report dated March 15, 2018.

### Meet and Confer Process

1. The parties have continued to meet and confer regarding supplemental productions and the bases for Education's redactions and withholdings in the productions made to date.

2. On April 17, 2018, Education provided American Oversight with descriptions of the bases for various example redactions and withholdings identified by American Oversight and with revised pages releasing certain previously withheld material. Upon discussion with American Oversight, Education agreed to release additional previously withheld material.

3. American Oversight has provided Education with eight additional "Tier 2" custodians for re-production in a more detailed format.

4. The parties' productive meetings have facilitated substantial supplemental productions and narrowing of the issues before the Court, and the parties continue to work to

resolve remaining issues without dispositive briefing. However, the parties at this time still anticipate that dispositive briefing may be necessary, though they will not be certain—or in a position to propose a briefing schedule—until Defendant completes supplemental productions.

## **PROPOSED SCHEDULE**

5.  Education will make at least one production of calendars for the "Tier 2" custodians and release the previously withheld material it has agreed to disclose by May 30, 2018.

6.  The parties will meet and confer regarding the status of productions and disputes over redactions or withholdings by June 15, 2018.

7.  The parties will file a joint status report no later than June 22, 2018.

8.  In the interest of judicial economy and in light of the ongoing productive discussions between the parties and the anticipated productions of records, the parties respectfully request that the status conference currently scheduled for May 21, 2018 at 10:30 AM be continued to a time during the week of July 9-13 or another date convenient for the court.

Dated: May 4, 2018

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 99851
Cerissa Cafasso
D.C. Bar No. 1011003
Sara Kaiser Creighton
D.C. Bar No. 1002367
John E. Bies
D.C. Bar No. 483730
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
beth.france@americanoversight.org

cerissa.cafasso@americanoversight.org
sara.creighton@americanoversight.org
john.bies@americanoversight.org

*Counsel for Plaintiff*


JESSIE K. LIU, D.C. Bar #472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: */s/ Wyneva Johnson*
WYNEVA JOHNSON, D.C. Bar # 278515
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2518
Wyneva.johnson@usdoj.gov

*Counsel for Defendant*

3