# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY <br><br> *Defendant*. | Case No. 17-1261 (CRC) |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

The parties, by and through their undersigned counsel, respectfully submit the following pursuant to the Court's April 24, 2018 minute order:

1. Productions in this Freedom of Information Act ("FOIA") case are now complete. Defendant Environmental Protection Agency ("EPA") completed its production of records responsive to Plaintiff American Oversight's FOIA requests on May 2, 2018.

2. With regard to the Icahn FOIA request, Compl. ¶ 16, there are no outstanding issues.

3. With regard to the Pruitt FOIA request, Compl. ¶ 12, the parties have agreed that EPA conducted an adequate search for records. However, after meeting and conferring regarding redactions applied under exemptions (b)(5) and (b)(6), the parties are in disagreement as to whether there is a legitimate basis for certain redactions. Accordingly, American Oversight is challenging (a) application of (b)(5) redactions to calendar entries for which either the event did not ultimately occur or for which the custodian did not attend the event, and (b) complete redaction under exemption (b)(6) of all phone numbers in phone logs for certain EPA officials.

4.    The parties have conferred and respectfully propose the following summary judgment briefing schedule to address the outstanding issues in the case:

- Defendant's Motion for Summary Judgment and *Vaughn* Index due: June 28, 2018
- Plaintiff's Cross-Motion and Opposition due: July 27, 2018
- Defendant's Cross-Opposition and Reply due: August 23, 2018
- Plaintiff's Reply due: September 7, 2018

Dated: May 7, 2018

Respectfully submitted,

_____/s/_____
Elizabeth France
D.C. Bar No. 99851
Sara Kaiser Creighton
D.C. Bar No. 1002367
John E. Bies
D.C. Bar No. 483730
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
beth.france@americanoversight.org
sara.creighton@americanoversight.org
john.bies@americanoversight.org
*Counsel for Plaintiff*

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: \_\_\_/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
jeremy.simon@usdoj.gov
*Counsel for the Defendant*