UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN OVERSIGHT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 17-1247 (TSC) |
| | : | |
| U.S. DEPARTMENT OF EDUCATION, | : | |
| | : | |
| Defendant, | : | |
| | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's February 25, 2019 Minute Order, the parties conferred and respectfully submit the following status report for this Freedom of Information Act (FOIA) matter:

Since the parties last filed a Joint Status Report (JSR) on December 6, 2019, the U.S. Department of Education (Education) has made one additional production. Education reports that this production included all outstanding records responsive to the FOIA requests at issue in this action.

Plaintiff is in the process of completing its review of Education's productions to assess whether any issues remain in this matter. Plaintiff will confer with Education in an effort to resolve or narrow any outstanding issues.

Pursuant to the Court's February 25, 2019 Minute Order, the parties shall submit another JSR in sixty days, on April 6, 2020.

Dated: February 4, 2020

*/s/ Katherine M. Anthony*
Katherine M. Anthony
D.C. Bar No. 1630524

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3918
katherine.anthony@americanoversight.org
*Counsel for Plaintiff*

Respectfully submitted,

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By: _____//s_____
JOHN C. TRUONG
D.C. BAR #465901
HEATHER GRAHAM-OLIVER
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524
Tel: (202) 252-2520
Fax: (202) 252-2599
E-mail: John.Truong@usdoj.gov
E-mail: Heather.graham-oliver@usdoj.gov
Counsel for Defendant